# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:07-CR-0240** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **BENJAMIN SIMMONS** | : | |

## **ORDER**

AND NOW, this 7th day of September, 2007, upon consideration of defendant's motion for a bill of particulars (Doc. 22) regarding the original indictment (Doc. 4), see FED. R. CRIM. P. 7(f), and it appearing that a superseding indictment has been filed (Doc. 41), adding three counts and revising the original count (see Doc. 44), it is hereby ORDERED that the motion for a bill of particulars (Doc. 22) is DENIED without prejudice to defendant's right to seek a bill of particulars regarding the superseding indictment.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge