# UNITED STATES DISTRICT COURT

## Middle District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| BENJAMIN SIMMONS | |

Case No. 1:07-CR-0240-01

USM No. 15816-067

Thomas A. Thornton, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) _____General_____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | The defendant shall not commit another federal, state, or local crime. | 01/01/2017 |
| | | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __1835__

Defendant's Year of Birth: __1978__

City and State of Defendant's Residence:
Camp Hill, Pennsylvania

08/25/2017
_____
Date of Imposition of Judgment

/S/ Christopher C. Conner
_____
Signature of Judge

CHRISTOPHER C. CONNER          CHIEF JUDGE
_____
Name and Title of Judge

08/25/2017
_____
Date

DEFENDANT: BENJAMIN SIMMONS
CASE NUMBER: 1:07-CR-0240-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Twelve (12) Months.  Said sentence is to be served consecutively to the sentence in Lackawanna County Criminal Docket #CP-35-CR-00063-2017 which the defendant is currently serving.

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐  a.m.  ☐  p.m.    on  _____  .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____  .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL